UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, an individual<br><br>        Plaintiff,<br><br>  v.<br><br>ROSS STORES, INC., a Delaware corporation, LOVEJ CORPORATION, a California corporation; RJ ANNABELLE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case 2:14-CV-06068 JAK (CWx)<br><br>[Assigned to Courtroom 750, Honorable Judge John A. Kronstadt, judge presiding]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

    A.    The complaint is dismissed with prejudice;

    B.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

    C.    The parties to this stipulation will each bear their own costs and attorneys' fees as incurred against one another in this action.

SO ORDERED.

Date: March 17, 2015        By: _____
                                          Honorable John A. Kronstadt